# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| EDDIE MARSHALL, on behalf of himself and others similarly situated, | : : : | Case No. 1:22-cv-493 |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : : | |
| v. | : : | |
| IT GUYZ SOLUTIONS, LLC, et al., | : : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:
1. Plaintiff's Motion for Default Judgment (Doc. 26) is GRANTED IN PART AND DENIED IN PART. Plaintiff's motion is GRANTED as to Defendants' liability for Plaintiff's minimum wage and overtime claims brought under the FLSA and Ohio law. Plaintiff's motion is DENIED as to Defendants' liability for Plaintiff's FLSA retaliation claim and the unpaid commissions claim brought under Ohio law;
2. Default judgment is ENTERED against Defendants IT Guyz Solutions, LLC, and Joseph Riley for Plaintiff's minimum wage and overtime claims brought under the FLSA and Ohio law; and
3. Within thirty (30) days of the date of this Order, Plaintiff SHALL FILE a supplemental memorandum supporting, with evidence, his claim for damages.

Dated:  August 19, 2024.                                            Richard W. Nagel, Clerk of Court
                                                                                       By: */s/ Kellie A. Fields*
                                                                                                Deputy Clerk